**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Huang Zhuang,                                                                                  Civil No. 03-6527 (RHK/RLE)

      Petitioner,                                                                                  **ORDER**

v.

U.S. Citizenship and Immigration
Services,

      Respondent.

---

      Petitioner has filed timely Objections to the June 1, 2005 Report and Recommendation of Magistrate Judge Raymond L. Erickson.  Judge Erickson has recommended granting Respondent's Summary Judgment Motion and Denying Petitioner's and that judgment be entered in favor of Respondent.

      The Court has reviewed de novo the Report and Recommendation and the Objections thereto and concluded that Judge Erickson's recommended disposition, as fully set out in a thorough and well reasoned report, is supported by the record before him and controlling legal principles.

      Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

      1. Petitioner's Objections (Doc. No. 21) are **OVERRULED**;

      2. The Report and Recommendation (Doc. No. 20) is **ADOPTED**;

      3. Petitioner's Motion for Summary Judgment (Doc. No. 10) is **DENIED**;

4.  Respondent's Motion to Dismiss or for Summary Judgment (Doc. No. 13) is **GRANTED**; and

5.  The Petition for de novo Review of Naturalization Application Pursuant to 8 CFR 336.9 (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  July 18, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge